# EXHIBIT 14

# 723 Patent
# DuraForce Ultra 5G UW and PM7250

    

Kyocera DuraForce Ultra 5G UW

PCB with PM7250 marked in yellow





Package Top





Package Bottom

# Claim 1 against PM7250

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



Package cross-section

Electronic module

# Claim 1 against PM7250

| **Claim 1 – US Patent No. 8,222,723** |
| --- |
| 1. An electronic module, comprising: |
| <span style="color:red">a conductive-pattern layer</span>; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



conductive-pattern layer

# Claim 1 against PM7250

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer,<br>wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



conductive-pattern layer

insulating material layer

Si Kα1

O Kα1

As shown, the insulating-material layer includes insulating materials such as Oxygen (O) and Silicon (Si). Also, conductive-pattern layer contains a conductive material such as Copper (Cu).

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component **inside** the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM7250



component

insulating-material layer

The component is **inside** the insulating-material layer

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM7250



component    contact zones    first surface

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM7250



first hardened adhesive layer

first surface of the component

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM7250



conductive-pattern layer

second hardened adhesive layer

first hardened adhesive layer

# Claim 1 against PM7250

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



# Claim 1 against PM7250

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



electrical connection

conductive pattern layer (Cu)

conductive material (Cu) in the hole

contact zone (Al bond pad)

Cu Lα1,2

Al Kα1

# Claim 1 against PM7250

| Claim 1 – US Patent No. 8,222,723 |
| --- |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



second hardened adhesive layer

first hardened adhesive layer

25μm

As shown in the textures of the SEM image above, the composition of the first hardened adhesive layer is different from the composition of the second hardened adhesive layer.