# EXHIBIT 16

# 723 Patent
# DuraForce Ultra 5G UW and PM7150L

    

Kyocera DuraForce Ultra 5G UW

PCB with PM7150L marked in yellow



Package Top



Package Bottom

# Claim 1 against PM7150L

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer,<br>wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



Package cross-section

Electronic module

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM7150L



conductive-pattern layer

# Claim 1 against PM7150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer,<br>wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



conductive-pattern layer

insulating material layer

Si Kα1

O Kα1

As shown, the insulating-material layer includes insulating materials such as Oxygen (O) and Silicon (Si). Also, conductive-pattern layer contains a conductive material such as Copper (Cu).

# Claim 1 against PM7150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component **inside** the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



component

insulating-material layer

The component is **inside** the insulating-material layer

# Claim 1 against PM7150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



contact zone

first surface

component

# Claim 1 against PM7150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



first hardened adhesive layer

first surface of the component

# Claim 1 against PM7150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



conductive-pattern layer

second hardened adhesive layer

first hardened adhesive layer

# Claim 1 against PM7150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



# Claim 1 against PM7150L

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



electrical connection

conductive pattern layer (Cu)

conductive material (Cu) in the hole

contact zone (Al bond pad)

Cu Lα1,2

Al Kα1

25µm

25µm

# Claim 1 against PM7150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



second hardened adhesive layer

first hardened adhesive layer

25µm

As shown in the textures of the SEM image above, the composition of the first hardened adhesive layer **is different** from the composition of the second hardened adhesive layer.