# EXHIBIT 17

# 723 Patent
# DuraSport 5G UW and PM6150L







Kyocera DuraSport 5G UW

PCB with PM6150L marked in yellow





QUALCOMM
PM6150L
103
E129ZQW
L3

Package Top

Package Bottom

# Claim 1 against PM6150L

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



Package cross-section

Electronic module

# Claim 1 against PM6150L

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| <span style="color:red">a conductive-pattern layer</span>; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



conductive-pattern layer

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM6150L



conductive-pattern layer

insulating material layer

Si Kα1

O Kα1

As shown, the insulating-material layer includes insulating materials such as Oxygen (O) and Silicon (Si). Also, conductive-pattern layer contains a conductive material such as Copper (Cu).

# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component **inside** the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer,<br>wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



component

insulating-material layer

The component is **inside** the insulating-material layer

# Claim 1 against PM6150L

| **Claim 1 – US Patent No. 8,222,723** |
| --- |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



contact zone

first surface

component

# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



first hardened adhesive layer

first surface of the component

# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



conductive-pattern layer

second hardened adhesive layer

first hardened adhesive layer

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM6150L



# Claim 1 against PM6150L

| **Claim 1 – US Patent No. 8,222,723** |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



second hardened adhesive layer

first hardened adhesive layer

As shown in the textures of the SEM image above, the composition of the first hardened adhesive layer is different from the composition of the second hardened adhesive layer.