# EXHIBIT 18

# 723 Patent
# DuraSport 5G UW and PM6350









Kyocera DuraSport 5G UW

PCB with PM6350 marked in yellow



Package Top




Package Bottom



# Claim 1 against PM6350

**Claim 1 – US Patent No. 8,222,723**

| |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



Package cross-section

Electronic module

500 µm

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,222,723 |
| --- |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



conductive-pattern layer

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM6350



conductive-pattern layer

insulating material layer

Si Kα1

O Kα1

As shown, the insulating-material layer includes insulating materials such as Oxygen (O) and Silicon (Si). Also, conductive-pattern layer contains a conductive material such as Copper (Cu).

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component **inside** the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



component

insulating-material layer

The component is **inside** the insulating-material layer

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



component

contact zones

first surface

| **Claim 1 – US Patent No. 8,222,723** |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM6350



first hardened adhesive layer

first surface of the component

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |

# Claim 1 against PM6350



conductive-pattern layer

second hardened adhesive layer

first hardened adhesive layer

# Claim 1 against PM6350

| |
|---|
| **Claim 1 – US Patent No. 8,222,723** |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer,<br>wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



hole

second hardened adhesive layer

first hardened adhesive layer

contact zone

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,222,723 |
|---|
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



electrical connection

conductive pattern layer (Cu)

conductive material (Cu) in the hole

contact zone (Al bond pad)

Cu Lα1,2

50μm

Al Kα1

50μm

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,222,723 |
| --- |
| 1. An electronic module, comprising: |
| a conductive-pattern layer; |
| an insulating-material layer supporting the conductive-pattern layer; |
| at least one component inside the insulating-material layer, the at least one component comprising a first surface and contact zones on the first surface; |
| a first hardened adhesive layer on the first surface of the at least one component; |
| a second hardened adhesive layer in contact with the conductive-pattern layer and the first hardened adhesive layer; |
| holes in the first and second hardened adhesive layer at the locations of the contact zones; and |
| conductive material in the holes and in electrical connection with the contact zones of the component and the conductive-pattern layer, wherein the first hardened adhesive layer has a first composition and the second hardened adhesive layer has a second composition different from the first composition. |



second hardened adhesive layer

first hardened adhesive layer

As shown in the textures of the SEM image above, the composition of the first hardened adhesive layer **is different** from the composition of the second hardened adhesive layer.