# EXHIBIT 20

# 324 Patent
# DuraForce Ultra 5G UW and PM7250



Kyocera DuraForce Ultra 5G UW

PCB with PM7250 marked in yellow



Package Top



Package Bottom

# Claim 17 against PM7250

| Claim 17 – US Patent No. 9,107,324 |
|---|
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



Package cross-section

circuit module

500 µm

| |
|---|
| **Claim 17 – US Patent No. 9,107,324** |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |

# Claim 17 against PM7250



conductors

# Claim 17 against PM7250

| Claim 17 – US Patent No. 9,107,324 |
| --- |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



first surface

second surface

Copper

Titanium

Cu Lα1,2

Ti Kα1

EDS **Cu** layer image

EDS **Ti** layer image

# Claim 17 against PM7250

| Claim 17 – US Patent No. 9,107,324 |
| --- |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



second surface

first insulator layer

first surface

first surface of the conductors

# Claim 17 against PM7250

| Claim 17 – US Patent No. 9,107,324 |
|---|
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



first insulator layer

first surface

second insulator layer

# Claim 17 against PM7250

| Claim 17 – US Patent No. 9,107,324 |
| --- |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



second insulator layer

component

| **Claim 17 – US Patent No. 9,107,324** |
| --- |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |

# Claim 17 against PM7250



Al Kα1

25μm

EDS **Al** layer image

contact terminals
contain aluminum

contact terminals

# Claim 17 against PM7250

| |
|---|
| **Claim 17 – US Patent No. 9,107,324** |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



conductor

contact element

Intermediate layer

contact terminal

a contact surface area ($A_{CONT\ 1}$) proportional to

is less than a surface area ($A_{PAD}$) proportional to

# Claim 17 against PM7250

| |
|---|
| **Claim 17 – US Patent No. 9,107,324** |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer **containing at least one layer of metal**, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



contact element

intermediate layer containing Ti

contact terminal

surface of the contact terminal

contact element

Ti Kα1

Al Kα1

# Claim 17 against PM7250

| Claim 17 – US Patent No. 9,107,324 |
|---|
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



Al Kα1

25μm    EDS **Al** layer image

first metal is Aluminum

contact terminals

# Claim 17 against PM7250

| |
|---|
| **Claim 17 – US Patent No. 9,107,324** |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



conductor

Either copper or titanium can be a second metal

Copper

Titanium

Cu Lα1,2

Ti Kα1

EDS **Cu** layer image

EDS **Ti** layer image

# Claim 17 against PM7250

| Claim 17 – US Patent No. 9,107,324 |
| --- |
| 17. Circuit module, comprising: |
| a conductor layer comprising conductors, the conductors having a first surface and a second surface and at least two layers of metal between the first surface and the second surface; |
| a first insulator layer having a first surface and a second surface, the second surface of the first insulator layer covering the first surface of the conductors; |
| at least one second insulator layer on the first surface of the first insulator layer; |
| at least one component inside the at least one second insulator layer, the at least one component comprising contact terminals containing at least one layer of metal; |
| contact elements between at least some of the contact terminals and at least some of the conductors for forming electrical contacts, the contact elements comprising an intermediate layer on the surface of the contact terminal, the intermediate layer containing at least one layer of metal, a contact surface area (ACONT 1) between the intermediate layer and the contact terminal being less than a surface area (APAD) of the contact terminal; |
| at least one layer of metal in the contact terminals containing a first metal; |
| at least one layer of metal in the conductors containing a second metal; |
| and the intermediate layer containing a third metal. |



Ti Kα1

intermediate layer

Third metal is titanium