# EXHIBIT 29

# 194 Patent
# DuraSport 5G UW and PM6150L




Kyocera DuraSport 5G UW






PCB with PM6150L marked in yellow



Package Top



Package Bottom



# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



circuit board

Package cross-section

# Claim 1 against PM6150L

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



conductor-pattern layer

# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



conductor-pattern layer

insulating-material layer

# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an **insulating-material layer** supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



insulating-material layer

As shown, the insulating-material layer includes insulating materials such as Silicon (Si) and Oxygen (O).

# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component **inside** the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



component

insulating-material layer

# Claim 1 against PM6150L

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



insulating-material layer

component

contact areas

# Claim 1 against PM6150L

| **Claim 1 – US Patent No. 8,487,194** |
| --- |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements **between** the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



set of contact elements

conductor-pattern layer

contact areas

# Claim 1 against PM6150L

| Claim 1 – US Patent No. 8,487,194 |
| --- |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for **electrically connecting** the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



conductor-pattern layer (Cu)

contact element (Cu)

contact area (Al)

electrically connect

component

# Claim 1 against PM6150L

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



single contact area

individual contact element (1)

individual contact element (2)

single contact area

individual contact element (3)

individual contact element (4)