# EXHIBIT 31

# 194 Patent
# DuraForce Pro3 5G and PM7350C



Kyocera DuraForce Pro3 5G






PCB with PM7350C marked in yellow





Package Top



Package Bottom



# Claim 1 against PM7350C

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |

circuit board





Package cross-section

# Claim 1 against PM7350C

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



conductor-pattern layer

# Claim 1 against PM7350C

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



conductor-pattern layer

insulating-material layer

500 μm

250μm

# Claim 1 against PM7350C

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an **insulating-material layer** supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



insulating-material layer

As shown, the insulating-material layer includes insulating materials such as Silicon (Si) and Oxygen (O).

# Claim 1 against PM7350C

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component **inside** the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



component

insulating-material layer

# Claim 1 against PM7350C

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



insulating-material layer

contact areas

component

# Claim 1 against PM7350C

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements **between** the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



# Claim 1 against PM7350C

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for **electrically connecting** the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



electrically connect

conductor-pattern layer (Cu)

contact elements (Cu)

contact area (Al)

component

Cu Lα1,2

Al Kα1

# Claim 1 against PM7350C

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



single contact area

individual contact element (1)

individual contact element (2)