# EXHIBIT 33

# 194 Patent
# DuraSport 5G UW and PM6350







Kyocera DuraSport 5G UW

PCB with PM6350 marked in yellow







Package Top

Package Bottom

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



Package cross-section 1

circuit board

Package cross-section 2

# Claim 1 against PM6350

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |

Package cross-section 2



conductor-pattern layer

# Claim 1 against PM6350

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |

Package cross-section 1



conductor-pattern layer

insulating-material layer

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an **insulating-material layer** supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |

Package cross-section 1



insulating-material layer

As shown, the insulating-material layer includes insulating materials such as Silicon (Si) and Oxygen (O). This layer mainly consists of Silicon and Oxygen, which proves that this layer contains insulating materials.

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component **inside** the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



Package cross-section 1

component

insulating-material layer

# Claim 1 against PM6350

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



Package cross-section 2

component

insulating-material layer

contact areas

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements **between** the conductor-pattern layer and contact areas for **electrically connecting** the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



Package cross-section 2

component

set of contact elements

electrically connect

conductor-pattern layer

contact areas

# Claim 1 against PM6350

| |
|---|
| **Claim 1 – US Patent No. 8,487,194** |
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for **electrically connecting** the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |



Package cross-section 1

electrically connect

conductor-pattern layer (Cu)

contact element (Cu)

contact area (Al)

conductor-pattern layer (Cu)

component

# Claim 1 against PM6350

| Claim 1 – US Patent No. 8,487,194 |
|---|
| 1. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| a set of contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein the set of contact elements comprise a plurality of individual contact elements for at least one single contact area in said plurality of contact areas. |

Package cross-section 2



single contact area

individual contact element (1)

individual contact element (2)

# Claim 10 against PM6350

| |
|---|
| **Claim 10 – US Patent No. 8,487,194** |
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |



Package cross-section 1

circuit board

Package cross-section 2

# Claim 10 against PM6350

| Claim 10 – US Patent No. 8,487,194 |
|---|
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |



Package cross-section 2

conductor-pattern layer

# Claim 10 against PM6350

| Claim 10 – US Patent No. 8,487,194 |
|---|
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |



Package cross-section 1

conductor-pattern layer

insulating-material layer

# Claim 10 against PM6350

| Claim 10 – US Patent No. 8,487,194 |
|---|
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an **insulating-material layer** supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |

Package cross-section 1



insulating-material layer

Si Kα1

O Kα1

As shown, the insulating-material layer includes insulating materials such as Silicon (Si) and Oxygen (O). This layer mainly consists of Silicon and Oxygen, which proves that this layer contains insulating materials.

# Claim 10 against PM6350

| Claim 10 – US Patent No. 8,487,194 |
|---|
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component **inside** the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |



Package cross-section 1

component

insulating-material layer

# Claim 10 against PM6350

| |
|---|
| **Claim 10 – US Patent No. 8,487,194** |
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |



Package cross-section 2

component

insulating-material layer

contact areas

# Claim 10 against PM6350

| Claim 10 – US Patent No. 8,487,194 |
|---|
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for **electrically connecting** the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |



Package cross-section 2

component

set of contact elements

electrically connect

conductor-pattern layer

contact areas

# Claim 10 against PM6350

| |
|---|
| **Claim 10 – US Patent No. 8,487,194** |
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for **electrically connecting** the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are in direct contact with a common contact area. |



Package cross-section 1

electrically connect

conductor-pattern layer (Cu)

contact element (Cu)

contact area (Al)

conductor-pattern layer (Cu)

component

Cu Lα1,2

Al Kα1

# Claim 10 against PM6350

| Claim 10 – US Patent No. 8,487,194 |
| --- |
| 10. A circuit board, comprising: |
| a conductor-pattern layer; |
| an insulating-material layer supporting the conductor-pattern layer; |
| at least one component inside the insulating-material layer, the component having a plurality of contact areas; |
| contact elements between the conductor-pattern layer and contact areas for electrically connecting the conductor-pattern layer and the at least one component; |
| wherein at least two of the contact elements are **in direct contact with** a common contact area. |

Package cross-section 2



common contact area

contact element (1)

contact element (2)